IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DELANT-CORY; FAMILY OF PALMERTON,
PAG

        Plaintiff,                    1:12-cv-94-CL

    v.                                   **ORDER**

DANIEL L. HARRIS and RONALD
GRENSK,

        Defendants.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. §

1 - ORDER

636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct.

    I adopt the Report and Recommendation (#31). This matter is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this **19** day of March, 2012.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER